## BERTHA NEBEL v. WILLIAM NEBEL.

(Filed 25 November, 1931.)

**Appeal and Error J d—Where Supreme Court is divided the judgment of the lower court will be affirmed.**

Upon an even division of opinion of the Supreme Court on appeal, one *Justice* not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by defendant from *Harding, J.,* at June Term, 1931, of MECKLENBURG. Affirmed.

This is an action brought by plaintiff against the defendant (1) for alimony without divorce (2) application for an allowance for subsistence *pendente lite.* 3 C. S., 1667.

*T. L. Kirkpatrick and H. L. Taylor for plaintiff.*
*E. A. Hilker and B. G. Watkins for defendant.*

PER CURIAM. The Court being evenly divided in opinion, one of the members, the *Chief Justice,* not sitting, the judgment of the Superior Court is affirmed and stands as the decision of this action, without becoming a precedent. *Gooch v. Western Union Tel. Co.,* 196 N. C., 823; *Tarboro v. Johnson,* 196 N. C., 824; *Parsons v. Board of Education,* 200 N. C., 88; *Durham v. Lloyd,* 200 N. C., 803.

Affirmed.

---

## CITIZENS SAVINGS AND LOAN COMPANY v. J. C. WARREN, TRADING AS WARREN TRANSFER COMPANY.

(Filed 2 December, 1931.)

APPEAL by defendant from *Shaw, Emergency Judge,* at May Term, 1931, of MECKLENBURG. No error.

*H. C. Jones and Brock Barkley for appellant.*
*A. B. Justice for appellee.*

PER CURIAM. The plaintiff brought suit to recover the amount of premiums alleged to be due on several policies of insurance which it had procured for the benefit of and had delivered to the defendant. The exceptions relate entirely to instructions given the jury which in our opinion are free from error.

No error.